IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WAYNE MCELWAIN,
    Plaintiff,

vs.                                         Case No.  3:11cv515/RV/CJK

ERIC L. PARRISH, et al.,
    Defendants.

_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 19, 2012. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)  for plaintiff's abuse of the judicial process.

3.     All pending motions are DENIED as moot.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 22nd day of February, 2012.

                       */s/* *Roger Vinson*
                       **ROGER VINSON**
                       **SENIOR UNITED STATES DISTRICT JUDGE**